# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|   |   |   |
|---|---|---|
| USA | ) | Case No: 25 CR 321 - 4 |
|  | ) |  |
| v. | ) | Judge: Daniel P. McLaughlin |
|  | ) |  |
| Suhaib Ahmad Chaudhry | ) |  |
|  | ) |  |

## **ORDER**

Arraignment proceedings held on 7/8/25. Defendant Chaudhry waived formal reading of the Indictment and entered a plea of not guilty to the one count of the Indictment in which he is named (Count 19). The Court sets the following schedule: Rule 16.1(a) conference by 7/15/25. Status hearing before Judge Coleman is set for 8/6/25 at 9:45 a.m. On the Government's oral motion, and without objection from Defendant, the Court finds that the time from 7/8/25 to 8/6/25 is excluded in the interest of justice, to allow for the preparation and production of voluminous discovery, and because it is necessary to allow both parties to continue the investigation and preparation of pretrial matters. See 18 USC §§ 3161(h)(7)(A), (h)(7)(B)(iv). In advance of the hearing the Court reviewed Defendant's motion to modify conditions of release [40], as well as the government's response to that motion [41]. Defendant's motion [40] is granted in part. The Court's view is that the conditions that were put in place in the Southern District of Texas need not be modified, because this Court will enter its own order setting conditions of release. After hearing further argument from the parties, the Court adopted a number of each party's proposed conditions. Enter Order Setting Conditions of Release. The Court read each of the conditions of release to Defendant and he stated that he understood them and would comply. Defendant is released on an unsecured bond in the amount of $50,000. Defense counsel is ordered to confer with Pretrial Services in the Southern District of Texas about the manner in which GPS location monitoring works (whether and how it monitors an individual who is, for example, traveling inside the continental United States) and file a brief status report about that topic by 7/15/25.

(T:00:30)

Date: 7/8/25                                             /s/ Judge Daniel P. McLaughlin