IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, | |
| Plaintiff, | Case No. 1:25-cr-00321-4 |
| v. | Judge Coleman |
| SUHAIB CHAUDHRY, | Magistrate McLaughlin |
| Defendant. | |

## DEFENDANT CHAUDHRY'S STATUS REPORT

Pursuant to this Court's Order (Doc. #43), Defendant Suhaib Chaudhry ("Defendant"), submits the following Status Report:

1.      On July 8, 2025, Defendant appeared in Court for his arraignment before Honorable Daniel P. McLaughlin.

2.      Prior to the hearing, Defendant filed his Motion to Modify Conditions of Release (Doc. #40).  The government filed a response in opposition (Doc. #41).  Defendant's Motion was granted in part and the Court ordered new conditions following argument by the parties (Doc. #44).

3.      Following discussion in open court, the Court ordered Defendant's counsel to confer with Pretrial Services in the Southern District of Texas about the manner in which GPS location monitoring works.  Specifically, the Court inquired whether the GPS location monitoring currently utilized by Defendant is able to monitor the Defendant inside the continental United States (Doc. #43).

4.      On July 11 – 12, 2025, Defendant's counsel exchanged emails with Christian Noe ("Noe"), Defendant's Pretrial Services Coordinator in Houston, Texas.

5.      Noe confirmed that the GPS location monitoring technology tracks the Defendant "through[out] the continental United States without an issue."

Date: July 14, 2025                    Respectfully submitted,

                                       SUHAIB CHAUDHRY

                        By*:*    */s/ Leigh D. Roadman*
                                One of His Attorneys

Leigh D. Roadman (06193461)
Mason N. Floyd  (06282874)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
T: 312-985-5900

L9484\466611\282837207.v1-7/14/25