| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 321 |
| v. | Judge Sharon Johnson Coleman |
| ANOSH AHMED, et. al. | |

## BILL OF PARTICULARS

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, states as follows in response to the Court's order granting defendant's request for a bill of particulars:

1. The conspiracy alleged in Count 19 is based on the following financial activity:

a. Between approximately June 2021 and December 2022, transactions involving proceeds of the charged wire fraud scheme and Anti-Kickback Statute ("AKS") violations, which proceeds were originally received by JPMC Account named O'Hare Clinical Lab Services, Inc. ending in 6732 and Millenium Account named O'Hare Clinical Lab Services, Inc. ending in 7266, occurring in:

i. JPMC Account named O'Hare Clinical Lab Services, Inc. ending in 6732;

ii. Millenium Account named O'Hare Clinical Lab Services, Inc. ending in 7266;

iii. JPMC Account named O'Hare Clinical Lab Services, Inc. ending in 8100;

iv.     Millenium Account named Chicago Polyclinic LLC ending in 4602;

v.      BOA Account named Westside Pharmacy LLC ending in 2567;

vi.     BOA Account named Westside Pharmacy d/b/a Chicago Polyclinic Operations 1 ending in 9129;

vii.    BOA Account named Westside Pharmacy d/b/a Chicago Polyclinic Operations 2 ending in 9161;

viii.   BOA Account named Westside Pharmacy d/b/a Chicago Polyclinic Operations 3 ending in 9190; and

ix.     BOA Account named Global Healthcare Consulting ending in 8529.

b.      Between approximately March 24, 2022 and April 2023, transactions involving proceeds of the charged wire fraud scheme occurring in:

i.      JPMC Account named Apollo Lab ending in 8127.

c.      Between approximately March 23, 2022 and October 2023, transactions involving proceeds of the charged wire fraud scheme occurring in:

i.      JPMC Account named Softland Lab ending in 6385.

d.      Between approximately October 22, 2021 and April 2022, transactions involving proceeds of the charged wire fraud scheme, which proceeds were originally received by JPMC Account named Summer Diagnostics ending in

9271 and Origin Bank Account named Summer Diagnostics ending in 7917, occurring in:

      i.      JPMC Account named Summer Diagnostics ending in 9271;

      ii.      Origin Bank Account named Summer Diagnostics ending in 7917;

      iii.      JPMC Account named Summer Diagnostics ending in 7521; and

      iv.      Origin Bank Account named SDLMM, LLC ending in 2032.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Kelly Guzman*
KELLY GUZMAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: March 30, 2026