UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| v | } | |
| | } | Case No. 25-cr-321-1 |
| | } | |
| Anosh Ahmed | } | |

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be directly reassigned to Judge Sharon Johnson Coleman. The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

/s/ Nairee Hagopian
Deputy Clerk

Dated: April 6, 2026

**ORDER OF THE EXECUTIVE COMMITTEE**

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case to the calendar of Judge Sharon Johnson Coleman in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Virginia M. Kendall
Chief Judge Virginia M. Kendall

Dated: 4/6/2026

| | | |
|---|---|---|
| IOP13(b) | [X] | This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Judge Sharon Johnson Coleman; it is recommended that it be reassigned back to Sharon Johnson Coleman, the defendant no longer being a fugitive. |
| LR40.5 | [ ] | Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit. |
| IOP13(J) | [ ] | This cause having last been assigned to the calendar of Judge who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action. |