## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Anosh Ahmed, et al.

                    Defendant.

Case No.: 1:25–cr–00321

Fugitive Calendar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

    MINUTE entry before the Honorable Sharon Johnson Coleman as to Anosh Ahmed (1), Mohamed Sirajudeen (2), Mahmood Sami Khan (3), Suhaib Ahmad Chaudhry (4): Having taken Defendants' renewed request for severance and request for a further bill of particulars under advisement, the Court now denies both motions. The bill of particulars provided by the government, coupled with the parties' oral arguments and supplemental filings provided by the government, sufficiently place Defendants on notice of the charges against them in order to prepare for trial. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.