# ATTACHMENT B

## Catalog of Statements by the Government Attorneys Before the Federal Grand Jury in 21 GJ 402

*Organized by Category*

FILED UNDER SEAL

Submitted in Support of Defendant Khan's Motion to Dismiss the Indictment