**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.

Anosh Ahmed, et al.

                                    Defendant.

Case No.: 1:25–cr–00321
Fugitive Calendar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

       MINUTE entry before the Honorable Sharon Johnson Coleman as to Anosh Ahmed (1): Motion hearing held on 6/10/2026. Defendant is allowed to file appearance of counsel. Court questioned defense on Ahmed's extradition status, and it was confirmed through Serbian lawyers that defendant does NOT intend to waive extradition. Government doesn't object to counsel filing an appearance however objects to turning over sealed discovery without direct statements from defendant as to his participation in the case. Until briefing is completed on the posture of defendant who is on the Fugitive Warrant list is fully briefed, defendant will receive no discovery. Government shall file a response to Defendant's request to join 110 by 6/24/2026. Defendant shall file a reply by 7/6/2026. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.