UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    25 CR 321-3 and |
| v. | ) | 25 CR 321-4 |
| | ) | |
| MAHMOOD SAMI KHAN, | ) | |
| aka "SAMI," and | ) | Judge Sharon Johnson Coleman |
| SUHAIB AHMAD CHAUDHRY | ) | |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Wednesday, June 17, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Sharon Johnson Coleman in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse , 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present: **GOVERNMENT'S EMERGENCY UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE AS TO DEFENDANTS KHAN AND CHAUDHRY**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    /s/ Diane MacArthur
DIANE MacARTHUR
KELLY GUZMAN
Assistant United States Attorneys
219 South Dearborn Street 5tth Flor
Chicago, IL 60604
(312) 353-5300

1