# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Anosh Ahmed, et al.

                Defendant.

Case No.: 1:25–cr–00321
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

    MINUTE entry before the Honorable Sharon Johnson Coleman as to Mahmood Sami Khan (3), Suhaib Ahmad Chaudhry (4): Presentment of government's emergency unopposed motion to dismiss indictment with prejudice as to defendants Khan and Chaudhry set for 6/17/2026 is stricken and reset to 6/12/2026 at 2:00 PM as an in–person hearing in courtroom 1241. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.