IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    25 CR 321-1 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| ANOSH AHMED | ) | |

**GOVERNMENT'S MOTION TO FILE BRIEF
IN EXCESS OF FIFTEEN PAGES**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully moves this Court for leave to file a response to defendant Anosh Ahmed's motion to join in a co-defendant's Motion to Dismiss which is in excess of fifteen pages. In support of this motion, the government states as follows:

1.      On May 26, 2026, then-defendant Mahmood Sami Khan filed a Motion to Dismiss With Prejudice or in the Alternative, for an Evidentiary Hearing Based Upon Prosecutorial Misconduct in the Grand Jury. R. 100.

2.      On June 9, 2026, defendant Anosh Ahmed filed a Motion to Join Khan's Motion to Dismiss. R. 110.

3.      On June 12, 2026, at the government's request, the Court dismissed with prejudice the charges against Khan and defendant Suhaib Ahmad Chaudhry. R. 121. During the hearing on June 12, 2026, the government requested an opportunity to submit a response to Ahmed's Motion to Join addressing why Ahmed should not be able to participate in these proceedings until he is arraigned before the Court. The

1

Court set a briefing schedule which provides that the government's response is to be filed on or before June 24, 2026.

4.    The government's response to Ahmed's Motion to Join is 20 pages long. The length of this response was necessitated by the need to address in detail Ahmed's status as a fugitive and why the fugitive disentitlement doctrine should be applied in this case. This doctrine, if applied by the Court to Ahmed, means that Ahmed, who is currently in the midst of extradition proceedings in Serbia, cannot pursue a motion to dismiss until Ahmed subjects himself to the jurisdiction of this Court. The importance of this issue, and its significance to the case, has necessitated a response that is in excess of fifteen pages.

WHEREFORE, for the foregoing reasons, the government respectfully requests leave to file a brief that is 20 pages in length.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    /s/ Diane MacArthur
DIANE MacARTHUR
KELLY GUZMAN
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5300

Dated:      June 24, 2026

2