**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                   Case No.: 1:25–cr–00321

                                   Fugitive Calendar

Anosh Ahmed, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Anosh Ahmed (1): The Government's motion for leave to file excess pages [122] is granted. Defendant Anosh Ahmed is also sua sponte granted leave to file 5 excess pages. The briefing schedule outlined in Dkt. 113, stands. No appearance necessary on 6/30/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.