**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                            Case No.: 1:25–cr–00321
                                                             Honorable Sharon Johnson Coleman

Anosh Ahmed, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

          MINUTE entry before the Honorable Sharon Johnson Coleman as to Mohamed Sirajudeen (2): Status hearing held on 7/29/2026. Counsel for the government reported that the parties have been engaged in discussions and plea negotiations and request a change of plea date. An in–person change of plea hearing is set for 8/5/2026 at 11:00 AM. Government shall provide the court with a courtesy copy of the plea agreement prior to the plea hearing date. Time is excluded to 8/5/2026 pursuant to 18 U.S.C. §3161(h)(7)(B)(i) with no objections. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.